**MM #: 10110542**
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
AMERICO J. DURAN,

Plaintiff, Docket No.

-against- **NOTICE OF REMOVAL**

WERNER ENTERPRISES INC., and TOBEY MCMILLAN,

Defendants.
---------------------------------------------------------------x

Defendants Werner Enterprises, Inc. and Tobey Levine McMillan, allege as follows for their notice of removal:

The State Court Action

1. On or about November 18, 2025, Americo Duran filed a complaint against Werner Enterprises, Inc. and Tobey Levine McMillan in a civil action for money damages in New York Supreme Court, Queens County, under index number 734732/2025. Exhibit A.

2. Defendants Werner Enterprises, Inc. and Tobey Levine McMillan filed an answer to the complaint with counterclaim on or about January 20, 2026. Exhibit B.

3. To comply with 28 U.S.C. § 1446(a), Defendants identify and submit with this Notice copies of the process, pleadings, and orders served upon them in the State Court Action: (a) Plaintiff's summons, notice of electronic filing, and verified complaint, filed November 18, 2025 (**Exhibit A**); (b) Defendants' verified answer with counterclaim, dated January 20, 2026 (**Exhibit B**); (c) Plaintiff's April 10, 2026 order to show cause seeking permission for Greenberg & Stein, P.C. to withdraw as counsel (**Exhibit C**); (d) the Short Form Order filed July 24, 2026, denying Plaintiff's first withdrawal application without prejudice (**Exhibit D**); (e) Defendants' August 10, 2026 order to show cause to compel a response to Defendants' demand for damages

(**Exhibit E**); and (f) Plaintiff's August 10, 2026 second order to show cause seeking permission for Greenberg & Stein, P.C. to withdraw as counsel (**Exhibit F**).

The Citizenship of The Parties Was And Is Completely Diverse

4. Plaintiff was a citizen of the State of New York when this action was commenced and, upon information and belief, remains a citizen of New York at the filing of this notice, residing at 38 Rutland Road, Freeport, NY 11520, Nassau County.

5. Defendant Werner Enterprises, Inc. was and is a Nebraska corporation having its principal place of business at 14507 Frontier Road, Omaha, Nebraska 68138, Sarpy County.

6. Defendant Tobey Levine McMillan was and is a citizen of Connecticut, residing at 142A Stonington Street, Hartford, Connecticut 06106, Hartford County.

Removal

7. The action was not removable when defendants were served with process because the summons and the complaint, consistent with the requirements of section 3017 of the New York Civil Practice Law and Rules, do not state the amount of damages plaintiff claims.

8. On or about October 9, 2026, plaintiff served a response to defendants' Demand for Damages, showing plaintiff's demand to be $10,000,000.00, whereupon the action became removable. (**Exhibit G**).

9. The damages demand was the first document from which defendants could ascertain that plaintiff demands more than $75,000, exclusive of interest and costs.

10. The action thereupon became removable.

Inasmuch as the citizenship of the parties is completely diverse, no defendant is a citizen of this state, and plaintiff demands more than $75,000, the action is removed to this Court.

Dated: New York, New York
October 15, 2026

Morrison Mahoney, LLP

*s/Allyson B. Belmont*

______________________________

Allyson B. Belmont
Attorneys for Defendants
WERNER ENTERPRISES INC., and TOBY MCMILLAN s/h/a TOBEY MCMILLAN
Wall Street Plaza
88 Pine Street, Suite 1900
New York, New York 10005
T: (212) 825-1212
E: abelmont@morrisonmahoney.com